184 So. 919

**Will OLDEN v. STATE.**

**2 Div. 655.**

Court of Appeals of Alabama.
Nov. 8, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

181 So. 923

**Nora OLIVE v. STATE.**

**8 Div. 643.**

Court of Appeals of Alabama.
May 24, 1938.

SAMFORD, Judge.
Appeal dismissed.

182 So. 925

**Sylvester O'NEAL v. STATE.**

**4 Div. 446.**

Court of Appeals of Alabama.
June 30, 1938.

J. W. Brassell, of Phenix City, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

189 So. 922

**Belton O'REAR v. STATE.**

**6 Div. 467.**

Court of Appeals of Alabama.
May 9, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

189 So. 922

**Walter O'REAR v. STATE.**

**6 Div. 418.**

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

185 So. 925

**Augustus Dee OSBORN v. STATE.**

**6 Div. 333.**

Court of Appeals of Alabama.
Dec. 20, 1938.

Edw. de Graffenried, of Tuscaloosa, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.